UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                                 RE:    Carolyn Marie TROWBRIDGE
                                                          Docket Number:  2:04CR00206-01
                                                          **PERMISSION TO TRAVEL**
                                                          **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

The releasee is requesting permission to travel to Cabo San Lucas, Mexico, on Carnival Cruise Lines. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 19, 2004, Carolyn Marie Trowbridge was sentenced for the offense(s) of Possession of Stolen Mail, Aiding and Abetting.

**Sentence imposed:** Four months custody Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment. Special conditions: Search and seizure; Financial access; Drug counseling and testing; Abstain from alcohol; Mental health treatment; and Residential drug treatment for six months.

**Dates and Mode of Travel:** Carnival Cruise Lines, on October 24-29, 2007.

**Purpose:** Family vacation.

RE:   Carolyn Marie TROWBRIDGE
      Docket Number:   2:04CR00206-01
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
Senior United States Probation Officer

DATED:   June 8, 2007
         Roseville, California
         MAS:mas

REVIEWED BY:   /s/ Richard A. Ertola
               **RICHARD A. ERTOLA**
               Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved   ✔            Disapproved _____

June 11, 2007
**Date**

**LAWRENCE K. KARLTON**
Senior United States District Judge